# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140685(45)


CAROL DRAKE and CLELLEN BURY,
      Plaintiffs-Appellants,

v

CITY OF BENTON HARBOR and HARBOR
SHORES COMMUNITY REDEVELOPMENT
CORPORATION,
      Defendants-Appellees.
_____

SC: 140685
COA: 287502
Berrien CC: 2008-000247-CE


      On order of the Chief Justice, the motion by Friends of Michigan Parks for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2010                                       
                                            Clerk